■ BAY RIDGE FEDERAL SAVINGS & LOAN ASSOCIATION, Respondent, v ROBERT REDDINGTON et al., Defendants, and 71 PIERREPONT CORP., Appellant. SILVER COMPANY et al., Intervenors-Respondents. [648 NYS2d 312] —Appeal by 71 Pierrepont Corp., from stated portions of an order of the Supreme Court, Kings County (Yoswein, J.), dated May 16, 1995.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs, for reasons stated by Justice Yoswein in the Supreme Court. O'Brien, J. P., Copertino, Pizzuto and Hart, JJ., concur.